**STATE of Missouri, Respondent,**

v.

**Lanies A. WEAVER, Appellant.**

**No. WD 34050.**

Missouri Court of Appeals,
Western District.

Oct. 4, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Melinda Corbin, Jefferson City, for respondent.

Before CLARK, P.J., and PRITCHARD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM.

This is a direct appeal from a jury conviction for assault in the first degree, Section 565.050, RSMo.1978.

Judgment affirmed. Rule 30.25(b).